IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAFED THABET,<br><br>　　　　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL MARTELL, Warden, Mule Creek State Prison,<br><br>　　　　　　　Respondent. | No. 2:09-cv-01284-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 13] |

　　　　At Docket No. 13 Hafed Thabet, a state prisoner appearing *pro se*, filed a Motion for Leave to Appeal *In Forma Pauperis*.  The motion is unnecessary.  There is no filing fee required for a state prisoner to appeal from the denial of a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1]  Accordingly,

　　　　**IT IS THEREFORE ORDERED THAT** the Motion for Leave to Appeal *In Forma Pauperis* at Docket No. 13 is **DENIED** as moot.

　　　　Dated:  January 28, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997).